


**U.S. Department of Justice**

**Office of the United States Trustee**

*Eastern District of Wisconsin*

_____

*517 E. Wisconsin Avenue*  *(414) 297-4499*
*Suite 430*  *Fax (414) 297-4478*
*Milwaukee, Wisconsin 53202.*

May 8, 2015

U.S. Bankruptcy Clerk's Office
219 S. Dearborn
Chicago, IL 60604

Re:   Best Built Fabricating Co.
Case No. 11-29967- CAD (Chapter 7)

Please withdraw the Trustee's Final Report, see Docket #144. The Trustee made a change post-filing and a new report will be filed.

Thank you for your assistance.

Sincerely,

/s/
Linda L. Saladin
Regional Paralegal Specialist