# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: | § |
| | § |
| BEST BUILT FABRICATING CO. | §   Case No. 11-29967 |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/10/2015 in Courtroom 742 (Judge Doyle),
EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
219 S. DEARBORN STREET
CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/08/2015          By: /s/ Frances Gecker
                                         Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
BEST BUILT FABRICATING CO. §    Case No. 11-29967
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 1,165,213.84 |
| and approved disbursements of | $ | 742,223.26 |
| leaving a balance on hand of[1] | $ | 422,990.58 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | COOK COUNTY TREASURER | $ 29,396.35 | $ 0.00 | $ 0.00 | $ 0.00 |
| 12A | BMO HARRIS BANK N. A. F/K/A HARRIS N | $ 16,400.00 | $ 16,400.00 | $ 16,400.00 | $ 0.00 |
| 37A | SUGAR STEEL CORPORATION | $ 9,865.73 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 422,990.58 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frances Gecker | $ 43,663.46 | $ 0.00 | $ 43,663.46 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 314,825.94 | $ 294,463.00 | $ 20,362.94 |
| Attorney for Trustee Expenses: FRANKGECKER LLP | $ 9,627.37 | $ 9,621.18 | $ 6.19 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 3,439.95 | $ 3,439.95 | $ 0.00 |
| Auctioneer Fees: AMERICAN AUCTION ASSOCIATES | $ 15,377.50 | $ 15,377.50 | $ 0.00 |
| Other: ALAN D. LASKO & ASSOCIATES P. C. | $ 26,992.20 | $ 24,392.20 | $ 2,600.00 |
| Other: ALAN D. LASKO & ASSOCIATES P. C. | $ 227.67 | $ 227.67 | $ 0.00 |
| Other: DENNIS M. NOLAN | $ 454.44 | $ 454.44 | $ 0.00 |
| Other: INTERNATIONAL SURETIES LTD. | $ 781.94 | $ 781.94 | $ 0.00 |
| Other: JENNINGS LAW FIRM LTD. | $ 6,575.00 | $ 6,575.00 | $ 0.00 |
| Other: JENNINGS LAW FIRM LTD. | $ 24.04 | $ 24.04 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses        $        66,632.59

Remaining Balance                                             $       356,357.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 56,051.85 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 5 | ABRAHAM BRAVO | $ 748.96 | $ 748.96 | $ 0.00 |
| 6 | BRAD ANDERSON | $ 4,966.56 | $ 4,966.56 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 8 | JAMES GEBO | $ 2,304.00 | $ 2,304.00 | $ 0.00 |
| 9 | WILLIAM F SULLIVAN | $ 139.93 | $ 139.93 | $ 0.00 |
| 10 | KEITH SULLIVAN | $ 3,445.92 | $ 3,445.92 | $ 0.00 |
| 11 | LINDA SULLIVAN | $ 6,004.80 | $ 6,004.80 | $ 0.00 |
| 16 | DENISE BLAIR | $ 1,921.13 | $ 1,921.13 | $ 0.00 |
| 17 | FRANK ADAM SZABLEWSKI | $ 4,264.96 | $ 4,264.96 | $ 0.00 |
| 19 | NICKOLAS SCOTT ADAIR | $ 940.80 | $ 940.80 | $ 0.00 |
| 20 | JASON Z HUZZIE | $ 668.80 | $ 668.80 | $ 0.00 |
| 21 | SHERRI RANIERI | $ 1,777.94 | $ 1,777.94 | $ 0.00 |
| 23 | DARIUS PULLINS | $ 698.25 | $ 698.25 | $ 0.00 |
| 25 | BARBARA A COLLINS | $ 2,174.40 | $ 2,174.40 | $ 0.00 |
| 26 | RICARDO MARTINEZ | $ 647.00 | $ 647.00 | $ 0.00 |
| 28 | SEAN FLYNN | $ 622.35 | $ 622.35 | $ 0.00 |
| 29 | EARL A SCHELLHORN | $ 3,359.20 | $ 3,359.20 | $ 0.00 |
| 31 | DANIELE (DAN) IRACI | $ 2,491.92 | $ 2,491.92 | $ 0.00 |
| 32 | CRISTY SZABLEWSKI | $ 1,110.00 | $ 1,110.00 | $ 0.00 |
| 33 | SHAUN HERRON | $ 563.47 | $ 563.47 | $ 0.00 |
| 36 | BRIAN YACK | $ 913.60 | $ 913.60 | $ 0.00 |
| 38 | KEVIN P BLASKI | $ 4,604.80 | $ 4,604.80 | $ 0.00 |
| 39 | CHAD E WEBER | $ 4,821.03 | $ 4,821.03 | $ 0.00 |
| AUTO | ILLINOIS DEPT. OF REVENUE | $ 2,705.44 | $ 2,705.44 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 713.26 | $ 713.26 | $ 0.00 |
| AUTO | INTERNAL REVENUE SERVICE | $ 393.54 | $ 393.54 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| AUTO | INTERNAL REVENUE SERVICE | $ 3,049.79 | $ 3,049.79 | $ 0.00 |

|  |  |  |
|---|---|---|
| Total to be paid to priority creditors | $ | 0.00 |
| Remaining Balance | $ | 356,357.99 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 187,712.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 44 | SUGAR STEEL CORPORATION | $ 44,377.29 | $ 44,325.29 | $ 52.00 |
|  | LIEBOVICH BROTHERS, INC. | $ 273.63 | $ 273.63 | $ 0.00 |
|  | DENNIS NOLAN | $ 651.50 | $ 651.50 | $ 0.00 |
| 2 | LEXCO | $ 1,324.70 | $ 1,324.70 | $ 0.00 |
| 3 | FIRST NATIONAL BANK OF OMAHA | $ 4,709.16 | $ 4,709.16 | $ 0.00 |
| 4 | P. C. CROWLEY & LAMB | $ 8,085.00 | $ 8,085.00 | $ 0.00 |
| 7 | MCMAASTER CARR SUPPLY CO | $ 644.07 | $ 644.07 | $ 0.00 |
| 13 | BMO HARRIS BANK N. A. F/K/A HARRIS N | $ 22,214.18 | $ 22,214.18 | $ 0.00 |
| 15 | AZZ GALVANIZING SERVICES | $ 4,169.17 | $ 4,169.17 | $ 0.00 |
| 18 | WILLIAMS STEEL ERECTORS INC | $ 0.00 | $ 0.00 | $ 0.00 |
| 22 | ANCO STEEL CO., INC. | $ 896.49 | $ 896.49 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 24 | THAKOR J BHAGWAKAR PE SE | $ 1,950.00 | $ 1,950.00 | $ 0.00 |
| 27 | AIRGAS NORTH CENTRAL | $ 1,437.87 | $ 1,437.87 | $ 0.00 |
| 30 | LIBERTY MUTUAL GROUP | $ 41,912.00 | $ 41,912.00 | $ 0.00 |
| 34 | STANDARD BANK & TRUST CO. | $ 50,000.00 | $ 50,000.00 | $ 0.00 |
| 37B | SUGAR STEEL CORPORATION | $ 0.00 | $ 0.00 | $ 0.00 |
| 40 | TITAN CRANE RENTAL | $ 1,552.50 | $ 1,552.50 | $ 0.00 |
| 42 | BLACK DIAMOND PIPE & TUBE, INC. | $ 2,114.66 | $ 2,114.66 | $ 0.00 |
| 43 | INFORMATION AGE | $ 1,400.00 | $ 1,400.00 | $ 0.00 |
| 12B | BMO HARRIS BANK N. A. F/K/A HARRIS N | $ 0.00 | $ 0.00 | $ 0.00 |
| 14 | BMO HARRIS BANK N. A. F/K/A HARRIS N | $ 0.00 | $ 0.00 | $ 0.00 |
| 35 | GLORIA SZABLEWSKI | $ 0.00 | $ 0.00 | $ 0.00 |
| 41 | CANDY TESKE | $ 0.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors   $ 52.00

Remaining Balance   $ 356,305.99

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

### NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 266.70 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 356,039.29 .

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL 60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois
In re:                                                          Case No. 11-29967-CAD
Best Built Fabricating Co.                                      Chapter 7
          Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: froman              Page 1 of 3              Date Rcvd: May 12, 2015
                              Form ID: pdf006           Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2015.
db            #+Best Built Fabricating Co.,    16650 S. Vincennes Av.,    South Holland, IL 60473-2801
aty            Micah R. Krohn,    Frank/Gecker LLP,    325 North LaSalle Street,    Suite 625,
                 Chicago, IL 60610
aty           +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
17586860      +AAA Saw & Tool Service & Supply Co,    9624 South Cicero Ave #302,    Oak Lawn, IL 60453-3138
17586862       ADP Inc,   POB 78415,    PHoenix Az 85062-8415
17586861       ADP Screening and selection dvcs,    363087 Treasury Center,    Chicago, IL 60694-6300
17808580      +AZZ Galvanizing Services,    625 Mills Road,    Joliet,IL 60433-2842
17757126      +Abraham Bravo,    16241 Greenwood,    South Holland, IL 60473-2535
17586863      +Advance Enameling Co,    5849 S Bishop Street,    Chicago, IL 60636-1712
17586864       Airgas North Central,    POB 802588,    Chicago, IL 60682-2588
17571907      +Airgas North Central,    10 W 4th St,    Waterlou IA 50701-5428
17586865      +All American Ironworks,    356 Ruth Circle,    Bolingbrook, IL 60440-1840
17571909      +Allied Waste Services,    13701 S. Kostner Av.,    Crestwood, IL 60445-3923
17586867      +Ashland Propane Inc,    16525 Vincennes,    POB 1108,    South Holland, IL 60473-7108
17806006      +BMO Harris Bank N.A. f/k/a Harris N.A.,    330 N Wabash Ave,    Suite 2905,
                 Chicago, IL 60611-7606
17895781      +Barbara A Collins,    19722 Sequoia Ave,    Lynwood IL 60411-6829
17586868       Black Diamond Pipe & Tube Inc,    29900 S Governors Highway,    Peotone, IL 60468-8975
17757153      +Brad Anderson,    6364 Fallen Timbers Ave,    Portage, IN 46368-3810
17571913     ++++CANDY TESKE,    EDWARD WHALEN, HEDBERG, TOBIN,,    FLAHERTY & WHALEN,    70 W MADISON ST STE 2150,
                 CHICAGO IL  60602-4254
               (address filed with court: Candy Teske,     Edward Whalen, Hedberg, Tobin,,    Flaherty & Whalen,
                 Three First National Plaza Ste 2150,    Chicago, IL 60602)
17586869      +Candy Teske,    c/o Michael L Dietchweiler,    200 E Court St #700,    Kankakee IL 60901-3856
18022388      +Chad E Weber,    1413 N Griffith Blvd,    Griffith IN 46319-1543
17586870       Chicago Metal Rolled Products,    6289 Eagle Way,    Chicago, IL 60678-1062
17586871      +Chicago Pipe Bending & Coil,    4535 W Lake Street,    Chicago,IL 60624-1638
17586873      +Cobra Scanning Technologies,    2416 East Oakton,    Arlington Heights, IL 60005-4820
17586874      +Crest Metal Craft Inc,    2900 East 95th street,    chicago, il 60617-5001
17752084      +Crowley & Lamb, P.C.,    221 N LaSalle Street Suite 1550,    Chicago, IL 60601-1224
17858657      +DARIUS PULLINS,    1336 DELAWARE STREET,    GARY, INDIANA 46407-1419
17928795      +Daniele (Dan) Iraci,    9120 Sunrise Ln.,    Orland Park, IL 60462-4727
17808584      +Denise Blair,    329 Hunters Drive,    Beecher IL 60401-5126
17586876      +Detroit Industrial Tool,    15222 Keswick street,    Van Nuys CA 91405-1013
17922566      +Earl A Schellhorn,    26221 S Ruby St,    Monee, IL 60449-8711
17586877       Federal Express Corp,    POB 94515,    Palatine IL 60094-4515
17571915       First National Bank of Omaha,    P.O. Box 2818,    Omaha, NE 68103-2818
17747767      +First National Bank of Omaha,    1620 Dodge Street Stop Code 3105,    Omaha, Ne 68197-0002
17571916      +Flexible Benefit Service Corp.,    10275 W. Higgins Rd.,    Suite 500,    Rosemont, IL 60018-3887
17819951      +Frank Adam Szablewski,    1135 Pine Place,    New Lenox, IL 60451-1191
17571917     ++++GLORIA SZABLEWSKI,    C/O EDWARD J WHALEN,    HEDBERG TOBIN FLAHERTY & WHALEN,
                 70 W MADISON ST STE 2150,    CHICAGO IL  60602-4254
               (address filed with court: Gloria Szablewski,     c/o Edward J Whalen,
                 Hedberg Tobin Flaherty & Whalen,    Three First National Plaza Ste 2150,    Chicago, IL 60602)
17586879      +Gloria Szablewski,    c/o Michael L Ketchweiler,    200 E Court St 700,    Kankakee IL 60901-3856
17571919      +HUB International,    601 Oakmont Lane,    Suite 400,    Westmont, IL 60559-5570
17571918      +Harris N.A.,    P.O. Box 5043,    Rolling Meadows, IL 60008-5043
17586880      +Hiti Inc,    5400 S 122nd Street,    POB 21148,    Tulsa OK 74121-1148
17775246      +James Gebo,    14815 Ivy Street,    Cedar Lake, IN 46303-7212
17837713      +Jason Z Huzzie,    1606 Fox Hound Trl,    Beecher IL 60401-3471
17788051      +Keith Sullivan,    12791 87th Ave,    St Johns IN 46373-9357
18003646      +Kevin P Blaski,    946 N Indiana,    Griffith IN 46319-1616
17586882      +Leonard Motor Express Inc,    POB 696,    Mokena IL 60448-0696
17586883      +Lexco,    7320 West Agatite,    Norridge, IL 60706-4704
17922572      +Liberty Mutual Group,    Customer Accounting Serv,    100 Liberty Way,    POB 1525,
                 Dover New Hampshire  03821-1525
17586884      +Liebovich Steel & Aluminum Co,    atten Mark,    2116 OPreston street,    Rockford, IL 61102-1975
17788119      +Linda Sullivan,    10191 Fehlberg Ct,    St John IN 46373-9293
17586885      +Martin Whalen,    18630 S 81st Ave,    Tinley Park, IL 60487-6257
17571921      +Martin Whalen Ofc. Solutions,    18630 S. 81st Av.,    Tinley Park, IL 60487-6257
17586886       McMaaster Carr Supply Co,    600 County Line Road,    Elmhurst IL 60126-2081
17832681      +Nickolas Scott Adair,    3445 Adams St,    Lansing, IL 60438-2356
17586887      +Old Castle Glass,    1001 Foster Ave,    Bensenville, IL 60106-1445
17586889      +PAR Fabricating CO,    12653 S Irving,    Blue Island IL 60406-1652
17586890      +PPG pittswburg Paints,    5151 W 122nd street,    Alsip IL 60803-3102
17586891      +R&B Wagner,    10600 W Brown Deer Road,    Milwaukee, WI 53224-1519
17895788      +Ricardo Martinez,    211 N Pamela Dr,    Chicago Hts, IL 60411-1129
18350039      +Rose A Szeblewski,    16924 White Oak,    Lowell, IN 46356-9409
17586892      +SOuth Holland Postmaster,    16260 Louis Avenue,    SOuth HOlland, IL 60473-5201
17912388      +Sean Flynn,    3316 176th St,    Hammond, IN 46323-2719
17837764      #+Sherri Ranieri,    1606 Fox Hound Trail,    Beecher IL 60401-3471
17586893      +Sugar Steel Corporation,    2521 State Street,    Chicago Heights, IL 60411-4300
17586894       +Swift Saw & Tool Supply Co,    1200 W 171st Street,    Hazel Crest, IL 60429-1905
```

```
District/off: 0752-1          User: froman                Page 2 of 3                   Date Rcvd: May 12, 2015
                              Form ID: pdf006             Total Noticed: 76

17586895      +THakor J Bhagwakar PE SE,    129 GHaverhill Lane,    Schaumburg, IL 60193-1015
17586897      +TS Distributors Inc,    2033 N 17th Street,    Melrose Park, IL 60160-1347
17571923      +Valade Heating & Cooling,    17406 Burnham Av.,    Lansing, IL 60438-1328
17586899       Wacker Hardware Company,    1025 W Jackson Street,    Chicago, IL 60607-2913
17788048      +William F Sullivan,    10191 Fehlberg Ct,    St John, IN 46373-9293
17586900      +Williams Steel Erectors Inc,    12148 Blackthorne Ridge Drive,    Mokena, IL 60448-8114
17586896      +titan crane rental inc,    13019 Division Street,    Blue Island IL 60406-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17571912       E-mail/Text: susan@blackdiamondsteel.com May 13 2015 01:36:41
                Black Diamond Pipe & Tube, Inc.,    521 N First St,    Peotone IL 60468-8975
17586872       E-mail/Text: sancheza@cintas.com May 13 2015 01:38:29      Cintas FAS Lockbox 636525,
                POB 636525,    Cincinnati, OH 45263-6525
17571914      +E-mail/Text: lbankruptcy@cookcountytreasurer.com May 13 2015 01:37:06       Cook County Treasurer,
                Legal Department,    118 N. Clark St., Room 112,    Chicago, IL 60602-1332
17571922      +E-mail/Text: james.carroll@standardbanks.com May 13 2015 01:36:10       Standard Bank & Trust Co.,
                7800 W. 95th St.,    Hickory Hills, IL 60457-2298
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Frank/Gecker LLP
17571903       AAA SAw & Tool Service & Supply Co.
17571904       ADP  Screening and Selection Svcs
17571905       ADP, Inc.
17571906       Advance Enameling Co., Inc.
17571908       All American Ironworks
17571910       American Fabricator Supply Co.
17571911       Ashland Propane, Inc.
17586878*      First National Bank of Omaha,    POB 2818,    Omaha NE 68103-2818
17586881*     +HUB International,    601 Oakmont Lane,    Suite 400,    Westmont, IL 60559-5570
18058216*      Titan Crane Rental,    13019 Division Street,    Blue Island, IL 60406-2606
17586898*     +Valade Heating and Cooling Inc,    17406 Burnham Ave,    Lansing, IL 60438-1328
17858608      ##+ANCO STEEL CO., INC.,     P.O. BOX 246,    MONTGOMERY, IL 60538-0246
17586866      ##+American Fabricator Supply CO,    204 Beaver Street,    Yorkville, IL 60560-1994
17970909      ##+Brian Yack,    1900 N Maud Ave Apt 2F,    Chicago, IL 60614-8035
17945770      ##+Cristy Szablewski,    2347 169th St,    Hammond IN 46323-2022
17571920      ##+Information Age,    1111 S. Dixie Highway,   Suite 203,    Beecher, IL 60401-4002
17586888      ##+Once Source Supply,    2605 White Oak Circle Unit C,    Aurora, IL 60502-4811
17949655      ##+Shaun Herron,    2347 169th St,    Hammond IN 46323-2022
17586875      ##+crowley and lamb PC,    350 N Lasalle street,    SUite 900,    Chicago, il 60654-5136
                                                                             TOTALS: 8, * 4, ## 8
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2015                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2015 at the address(es) listed below:
         Adham   Alaily    on behalf of Creditor   BMO Harris Bank N.A. f/k/a Harris N.A.
           aalaily@ehrenbergeganlaw.com
         Charles R Wolf    on behalf of Creditor    Information Age Inc crwolflaw@gmail.com
         David P Lloyd    on behalf of Debtor    Best Built Fabricating Co. courtdocs@davidlloydlaw.com
         Edward   Whalen    on behalf of Creditor Gloria   Szablewski ewhalen@htfwlaw.com
         Edward   Whalen    on behalf of Creditor Candice   Teske ewhalen@htfwlaw.com
```

```
District/off: 0752-1           User: froman                Page 3 of 3                   Date Rcvd: May 12, 2015
                               Form ID: pdf006             Total Noticed: 76
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Frances   Gecker    on behalf of Accountant    Firm of Alan Lasko & Associates PC fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Frances   Gecker    on behalf of Trustee Frances   Gecker fgecker@fgllp.com,   csmith@fgllp.com
              Frances   Gecker     fgecker@fgllp.com,   fgecker@ecf.epiqsystems.com;csmith@fgllp.com
              Francis J. Pendergast, III    on behalf of Debtor    Best Built Fabricating Co.
               fpendergast@crowleylamb.com,   ibenavides@crowleylamb.com;docket@crowleylamb.com
              Jessica   MacLean    on behalf of Petitioning Creditor    Cook County Treasurer's Office
               jessica.maclean@cookcountyil.gov
              Matthew M. Hevrin    on behalf of Creditor    Liebovich Bros., Inc. mhevrin@hinshawlaw.com,
               jfornal@hinshawlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Paul Dunn Lynch    on behalf of Creditor    STANDARD BANK AND TRUST COMPANY jbcattysatlaw@yahoo.com,
               paul.lynch@standardbanks.com
              Victoria R Glidden    on behalf of Creditor    Liebovich Steel & Aluminum co.
               vglidden@hinshawlaw.com
              Zane L Zielinski    on behalf of Appraiser Don   Dodge zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Consultant    Dana Consulting Group LTD zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Accountant Alan D Lasko zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Accountant    Firm of Alan Lasko & Associates PC
               zzielinski@wfactorlaw.com,   nbouchard@wfactorlaw.com
              Zane L Zielinski    on behalf of Trustee Frances   Gecker zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
                                                                                             TOTAL: 19